UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL SURETY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:03CV93CDP |
| | ) | |
| PRAIRIELAND CONSTRUCTION, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in my Memorandum and Order entered this date in

4:03CV73 CDP, and specifically at footnote 1,

**IT IS HEREBY ORDERED** that the motions filed in this cause of action at

ECF ##32, 72, and 78 are denied.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 8th day of February, 2016.